IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Teresa M. House,

Plaintiff(s),

v.

St. Anthony Hospital, Inc. et al,

Defendant(s).

Case No. 20 cv 4448
Judge Maria Valdez

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to the parties' Stipulation to Dismiss With Prejudice [44] , the matter is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge Maria Valdez on a motion.

Date: 11/18/2021                    Thomas G. Bruton, Clerk of Court

                                    Lisa K. Provine , Deputy Clerk